JOSEPH D. ELFORD (SBN 189934)
600 Fell Street #101
San Francisco, CA 94102
Tel: (415) 573-7842
Email: joeelford@yahoo.com

Counsel for Plaintiff
MICHAEL BRODHEIM

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL BRODHEIM, | Case No.: 4:19-cv-00532-HSG |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; [PROPOSED] ORDER |
| LEE SWERIE, et al. | |
| Defendants. | DATE: JUNE 4, 2019 |
| | TIME: 2:00 P.M. |
| | PLACE: Courtroom 2 |

        This action was filed in the Superior Court in and for Alameda County on September 4, 2018. The case was removed by Defendants to this Court on January 29, 2019, and was assigned to this Court, the Honorable Haywood S. Gilliam, Jr., on February 4, 2019. An initial case management conference is currently scheduled in this Court on June 4, 2019, at 2:00 p.m. By Rule, the ADR Statements of the parties were due on May 14, 2019.

        Because the parties are actively engaged in settlement discussions, which they hope to resolve soon, the parties have met and conferred and have stipulated to a 21-day continuance of

1

the Initial Case Management Conference in this case from June 4, 2019, at 2:00 p.m. to June 25, 2019, at 2:00 p.m. in this Court, pursuant to Civil Local Rule 16-2, and this Court's inherent and supervisory powers, in order to facilitate settlement.

IT IS SO STIPULATED.

DATED: March 16, 2019

/s/ Joseph D. Elford
JOSEPH D. ELFORD
Counsel for Plaintiff
MICHAEL BRODHEIM

DATED: March 16, 2019

/s/ William McMahon
WILLIAM McMAHON
Counsel for Defendants

IT IS SO ORDERED.

DATED: 5/17/2019

The Hon. Haywood S. Gilliam, Jr.
United States District Court Judge